ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel. (212) 637-0378
Fax. (212) 637-2750
Leslie.Ramirez-Fisher@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 22 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
ESTRELLA GOMEZ,                 :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   08 Civ. 4373 (GBD)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 29, 2008 to and including September 29, 2008. The reason for the request is

that the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       June 30, 2008

                                          *Estrella Gomez*
                                        ESTRELLA GOMEZ
                                        Plaintiff pro se
                                        653 Britton Street
                                          Apt.#A8
                                        Bronx, New York   10467
                                        Telephone No.: (718) 325-0802

                                        MICHAEL J. GARCIA
                                        United States Attorney
                                        Southern District of New York
                                        Attorney for Defendant

                                By: *Leslie Ramirez-Fisher*
                                        LESLIE A. RAMIREZ-FISHER
                                        Assistant United States Attorney
                                        86 Chambers Street - 3rd Floor
                                        New York, New York   10007
                                        Telephone No.: (212) 637-0378

SO ORDERED:        JUL 22 2008

*George B. Daniels*
UNITED STATES DISTRICT JUDGE
**HON. GEORGE B. DANIELS**